AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Oregon

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. |
| | ) | 6:25-mj-00004 |
| | ) | |
| MATTHEW LYNNE WINDOM | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT
## BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of September 24, 2024 in the county of Linn in the District of Oregon, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252A(a)(5)(B) | Possession of or Accessing with Intent to view Child Pornography |

This criminal complaint is based on these facts:

The attached affidavit of Special Agent Rachel Kessler, which is incorporated herein.

☑ Continued on the attached sheet.

*Complainant's signature*

Rachel Kessler, Special Agent, HSI
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone at  10:57  a.m.

Date: 1/8/2025

/s/Andrew D. Hallman
*Judge's signature*

City and state: Eugene, Oregon

Andrew D. Hallman, U.S. Magistrate Judge
*Printed name and title*